_____ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 08/15/2017 Time: 10:00

**CASE: 17-10495 Anthony D. Walker and Denicia P. Walker**

FTA

David B. Mintz representing Anthony D. Walker (Debtor)
David B. Mintz representing Denicia P. Walker (Debtor)

__ R. Thomas __ D. Piekarz
           representing Robert S. Thomas II (Trustee)

[14] Chapter 13 Plan Filed by Anthony D. Walker, Denicia P. Walker.

**MOVANT** : Anthony Walker Denicia Walker BY D Mintz D Mintz

DISPOSITIONS:

✓ Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
✓ Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | |
|---|---|---|
| Granted _____ | Sustained _____ | Denied _____ |
| Overruled _____ | Withdrawn _____ | Under Adv. _____ |
| Moot _____ | Consent _____ | Dismissed _____ |
| O.T.J. Fee _____ | | |

DECISION:

[ ] Signed by Court                [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____

NOTES:

- Behind 1 pymt
  Tax Returns
  Requests denial
  without leave.

- Consents to denial
  without leave to amend

17-10495: 1 of 1